IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENZA L. STARLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-541-JJF |
| | ) |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this ___ day of September, 2007, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of over $34,000.00 (D.I. 1).

2. The plaintiff shall pay the $350.00 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
United States District Judge