IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENZA L. STARLING, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-541-JJF |
| POSTMASTER GENERAL JOHN E. POTTER, | : |
| Defendants. | : |

### O R D E R

WHEREAS, Plaintiff sought, and was denied, leave to proceed in forma pauperis (D.I. 1, 5);

WHEREAS, on September 21, 2007, the Court entered an Order requiring Plaintiff to pay the $350.00 filing fee within thirty days from the date the Order was sent or the case would be dismissed;

WHEREAS, to date, Plaintiff has not paid the filing fee;

THEREFORE, at Wilmington this 30 day of October, 2007, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED** without prejudice and the case is **CLOSED**.

UNITED STATES DISTRICT JUDGE