ORIGINAL

Civil Action # 07-541-JJF

Kenza L Starling
5105 Christiana Meadows
Bear DE 19701

FILED
2007 NOV -1  AM 9: 31
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

November 1, 2007

Motion for reconsideration.

Dear Sir,

I Kenza L Starling received A document in
the mail 10/31/07 stating that A order was sent
requesting that I the Plaintiff was to pay
A $350.00 filing fee with in thirty days. I neverd
recieved this order. I have worked so hard
on my Case for almost 3 years, I am asking that
this claim please be reopen due to the fact
that the order was not sent to me.

Kenz L Starling