IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENZA L. STARLING, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 07-541-JJF |
| | : |
| POSTMASTER GENERAL JOHN E. POTTER, | : |
| | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on September 21, 2007, the Court entered an Order requiring Plaintiff to pay the $350.00 filing fee within thirty days from the date the Order was sent or the case would be dismissed (D.I. 5);

WHEREAS, Plaintiff did not timely pay the filing fee and the Court dismissed the case on October 30, 2007 (D.I. 7);

WHEREAS, on November 1, 2007, Plaintiff filed a Motion For Reconsideration asking that the case be reopened because she did not receive the Order requiring payment and asking that she be allowed to pay the filing fee (D.I. 7);

THEREFORE, at Wilmington this 13 day of November, 2007, IT IS HEREBY ORDERED that

1. The Motion For Reconsideration (D.I. 7) is **GRANTED**.

2. The Clerk of the Court shall **REOPEN** this action.

3. Within thirty days from the date of this Order, Plaintiff **SHALL PAY** the filing fee ($350) or the case will be

dismissed without prejudice.

                                                          _____
                                                          United States District Judge