

CIVIL ACTION #07-54⌀-JJF
KENZA L STARLING
5105 CHRISTIANA MEADOWS
BEAR DE 19701

NOVEMBER 19, 2007

## MOTION REQUESTED FOR COUNSEL

HONORABLE JOSEPH J FARNAN, JR.

ON NOVEMBER 16, 2007 WHILE GOING OVER WITH THE CLERK, THE SUMMONS PROCESS, I LEARNED THAT THERE WERE NO INFORMATION LISTED ON DOCKET FOR MY REQUEST OF THE COURT APPOINTING LEGAL COUNSEL, WHICH INVOLVED FEES, COST, INJECTIVE ORDERS, DAMAGES AND ATTORNEY'S FEES. THIS FORM OF REQUEST WAS SUBMITTED SEPTEMBER 10, 2007 ALONG WITH THE COURTS COVER SHEET. IT WAS TO MY UNDERSTANDING THOUGHOUT THE LAST THREE YEARS OF THIS CASE THAT NO REPRESENTATION WAS NEEDED. NOW THAT I HAVE REACHED THIS STAGE OF MY CASE (FILING CIVIL ACTION) THE PROCESS HAS CHANGED FROM PUTTING EVERYTHING IN WRITING AND SUBMITTING DOCUMENTS; WHEN I WAS GIVEN THE NOTICE OF AVAILABILITY OF U.S. MAGISTRATE JUDGE TO EXERCISE JURISDICTION, MY UNDERSTANDING WAS THAT COMPLETING THIS DOCUMENT WOULD GIVE THE COURT THE AVAILABLITY TO CONDUCT THIS PROCEEDINGS IN THIS CASE INCLUDING A JURY OR NONJURY TRAIL, AND TO ORDER THE ENTRY OF A FINAL JUDGEMENT. WHEN GIVEN THE OPTION TO SIGN THIS CONSENT FORM, MY UNDERSTANDING WAS THAT JUDGMENT WOULD BE DECIDED BY THE JUDGE. NOW I AM CONFUSED AS TO HOW I AM TO PREPARE FOR THIS CASE; IS THERE GOING TO BE A TRIAL OR AM I RELYING UPON A JUDGEMENT FROM THE JUDGE. MY CONCERNS ARE AS THE PLAINTIFF, HOW CAN I REPRESENT MYSELF LEGALLY; HOW CAN I ACT AS BOTH SIDES, THE COMPLAINANT AND THE ATTORNEY? I HAVE NO KNOWLEDGE OF THE LAW TO PURSUE THIS CASE ON MY OWN LEGALLY NOR AM I FINANCALLY STABLE. IF NOT GIVEN ASSISTANCE FOR LEGAL REPRESENTATION, HOW CAN I BE ENTITLED TO A FAIR TRIAL?

THE PLAINTIFF PRAYS AS FOLLOWS:
1. THAT ALL FEES, COST OR SECURITY ATTENDANT TO THIE LITIGATION BE HEREBY WAIVED.
2. THAT THE COURT APPOINT LEGAL COUNSEL.
3. THAT THE COURT GRANT SUCH RELIEF AS MAY BE APPROPRIATED, INCLUDING INJUNCTIVE ORDERS, DAMAGES, COST AND ATTORNEY'S FEES.

**FINANCIAL DEBTS CAN BE PROVIDED:**

KENZA L STARLING

*[signature]*