**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KENZA L. STARLING, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-541-JJF |
| | : |
| JOHN E. POTTER, Postmaster General | : |
| United States Postal Service, | : |
| | : |
| Defendant. | : |

**RULE 26(a)(1) INITIAL DISCLOSURES**

COMES NOW, Defendant John E. Potter, Postmaster General of the United States, by his attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney, pursuant to Potters's obligations under Fed. R. Civ. P. 26(a)(1)(A), and discloses the following:

**Rule 26(a)(1)(A)(I)**

1.  Valerie Michaelis

    Ms. Michaelis has information regarding plaintiff's behavior and the facts surrounding plaintiff's allegations of harassment.

2.  Donna Wdzieczkowski
    U.S. Postal Service
    South Jersey, P& DC

    Ms.Wdzieczkowski has information regarding plaintiff's behavior and the facts surrounding plaintiff's allegations of harassment.

3.  Joseph Vennera
    U.S. Postal Service
    South Jersey, P& DC

    Mr. Vennera has information regarding start times on holidays and why he denied plaintiff's requested schedule change.

4.       Richard Weissman
         U.S. Postal Service
         South Jersey, P& DC

         Mr. Weissman has information regarding plaintiff's leave from 5/22/04-5/27/04 and the request for updated medical information.

5.       Charles Thatcher

         Mr. Thatcher has information regarding a meeting he allegedly missed with plaintiff.

6.       Dave Harvey
         U.S. Postal Service
         South Jersey, P& DC

         Mr. Harvey has information regarding FMLA approval.

7.       Bob Steelman
         U.S. Postal Service
         South Jersey, P& DC

         Mr. Steelman has information regarding plaintiff's time card allegations.

8.       Vicki Ago
         U.S. Postal Service
         South Jersey, P& DC

         Ms. Ago has information regarding plaintiff's AWOL charge.

9.       Carla Dunn
         U.S. Postal Service
         Eastern Area, Pittsburgh

         Ms. Dunn has information regarding plaintiff's limited duty job offer.

10.      Dee Baranoski
         U.S. Postal Service
         South Jersey, P& DC

         Ms. Baranoski has information regarding plaintiff's behavior on June 2-3, 2004.

11.      Cindy Thorson
         U.S. Postal Service
         South Jersey, P& DC

         Ms. Thorson has information regarding the dress policy (related to footwear) on the

workroom floor.

12. Barbara Neil
    U.S. Postal Service
    South Jersey, P& DC

    Ms. Neil has information regarding plaintiff's medical file and the requirements and needs for special chairs.

13. Bill Wiand
    U.S. Postal Service
    South Jersey, P& DC

    Mr. Wiand has information regarding plaintiff's behavior on June 2, 2004.

14. Wendy Pezzi
    Workplace Improvement Analyst
    South Jersey District

    Ms. Pezzi has information regarding communications with plaintiff.

15. Gerald Golden
    U.S. Postal Service
    South Jersey, P& DC

    Mr. Golden has information regarding assistance he provided to plaintiff and postal management officials.

16. Mary Deal
    U.S. Postal Service
    South Jersey, P& DC

    Ms. Deal has information regarding her observations of plaintiff during the relevant time period.

17. Janice Johnson
    Occupational Health Nurse Administrator

    Ms. Johnson has information regarding plaintiff's medical records.

18. Kenza Starling

    Ms. Starling has information regarding all of the allegations in the Complaint.

**Rule 26(a)(1)(A)(ii)**

1. Administrative Hearing Transcript

2. EEO Report of Investigation

3. 7-04 Clock Rings

4. 10/6/06 Agency's Proposed Exhibits

5. Ms. Starling's Pre-hearing Statement and Witness List

6. Ms. Starling's Pre-hearing Statement— additional information

7. Agency Pre-Hearing Statement

8. Telephonic Bench Decision

9. Order Entering Judgment

10. Deposition of Kenza Starling

11. Pre-hearing Order

12. OFO Appeal File

13. OWCP File

14. 2004 Tacs Report for Kenza Starling

On information and belief, plaintiff is already in possession of these documents.

**Rule 26(a)(1)(A)(iii)**

Not applicable.

**Rule 26(a)(1)(A)(iv)**

Not applicable.

Case 1:07-cv-00541-JJF    Document 13    Filed 05/06/2008    Page 5 of 6

Dated: May 6, 2008

                                        Respectfully Submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                                 By:   s/Lesley F. Wolf
                                        Lesley F. Wolf
                                        Assistant United States Attorney
                                        The Nemours Building
                                        1007 Orange Street, Suit 700
                                        Wilmington, DE 19801
                                        (302) 573-6277

## **CERTIFICATE OF SERVICE**

I, Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby certify that on the 6th day of May 2008, a copy of the foregoing Initial Disclosures was sent via U.S. mail to:

      Kenza L. Starling
      5105 Christiana Meadows
      Bear, DE 19071

                                    _____s/Lesley F. Wolf_____
                                    Lesley F. Wolf
                                    Assistant United States Attorney