IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENZA L. STARLING,                    :
                                      :
        Plaintiff,                    :
                                      :
    v.                                : Civil Action No. 07-541 JJF
                                      :
JOHN E. POTTER, Postmaster General,   :
United States Postal Service,         :
                                      :
        Defendant.                    :

### O R D E R

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, April 9, 2009 at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

June 27, 2008                              _____
    DATE                                   UNITED STATES DISTRICT JUDGE